AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __KELVIN SEWELL__
was received by me on *(date)* __5-30-2018__

☒ I personally served the summons on the individual at *(place)* __1430 BRIERHILL ESTATES DRIVE, BEL AIR, MD 21015__ on *(date)* __6-2-2018__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __6-7-2018__

_____
*Server's signature*

__DANIEL LUND   PROCESS SERVER__
*Printed name and title*

__9719 PULASKI HWY., BALTIMORE, MD 21220__
*Server's address*

Additional information regarding attempted service, etc: